# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

RUSSELL GAITHER,

    Plaintiff,

v.

BOBBIT,

    Defendant.

CIVIL ACTION NO.: 6:20-cv-4

## O R D E R

After a careful, *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 8). Plaintiff filed objections to the Report and Recommendation, (doc. 10-1).

The Court finds Plaintiff's objections unavailing. Accordingly, the Court **OVERRULES** Plaintiff's objections and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DENIES** Plaintiff's request to proceed *in forma pauperis*, (doc. no. 2), **DISMISSES** without prejudice the above-captioned case, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff leave to appeal *in forma pauperis*. If Plaintiff wishes to proceed with the claims raised in this lawsuit, he must initiate a new lawsuit, which would require submission of a new complaint. See <u>Dupree v. Palmer</u>, 284 F.3d 1234, 1236 (11th Cir. 2002) (*per curiam*).

**SO ORDERED**, this 13th day of March, 2020.

    R. STAN BAKER
    UNITED STATES DISTRICT JUDGE
    SOUTHERN DISTRICT OF GEORGIA