# United States District Court
## Southern District of Georgia

RUSSELL GAITHER,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:20-cv-4

BOBBIT,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with this Court's Order dated March 13, 2020, adopting the Report and Recommendation of the U.S. Magistrate Judge as the opinion of this Court, judgment is hereby entered dismissing Plaintiff's Complaint without prejudice and denying Plaintiff leave to appeal in forma pauperis. This case stands closed.

Approved by: _____

March 18, 2020            Scott L. Poff
*Date*                    *Clerk*

                          *(By) Deputy Clerk*