IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| RUSSELL GAITHER, | |
| Plaintiff, | CIVIL ACTION NO.: 6:20-cv-4 |
| v. | APPEAL NO.: 20-12573-J |
| BOBBITT., | |
| Defendants. | |

**O R D E R**

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals is made the order of this Court.

**SO ORDERED** this 28th day of August, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA